

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-18-00713-CV

### EX PARTE D.LW.

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-CI-08970
Honorable Stephani A. Walsh, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE CHAPA, AND JUSTICE WATKINS

In accordance with this court's opinion of this date, the trial court's April 26, 2018 order of expunction is REVERSED. We RENDER an order denying appellee D.L.W.'s petition for expunction. We ORDER appellant Texas Department of Public Safety is awarded the costs it incurred related to this appeal.

SIGNED August 14, 2019.

_____
Luz Elena D. Chapa, Justice